IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

CARNIVAL CORPORATION

VERSUS

BAE SYSTEMS SSY ALABAMA PROPERTY
HOLDINGS, LLC, BAE SYSTEMS
SOUTHEAST SHIPYARDS ALABAMA LLC,
SIGNAL SHIP REPAIR, LLC, THE UNITED
STATES ARMY CORPS OF ENGINEERS,
BERNADETTE W. JOHNSON, individually and
as Surviving Wife and as Administratrix and
Personal Representative of the Estate of JOHN R.
"BUSTER" JOHNSON, and JASON
ALEXANDER EWING

CIVIL ACTION

NO. 13-314-CG-C

## VERIFIED STATEMENT OF RIGHT OR INTEREST

**NOW INTO COURT**, through undersigned counsel, comes Carnival

Corporation ("Carnival"), and hereby enters this statement, pursuant to Rule

C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of

the Federal Rules of Civil Procedure, as owner and claimant of the M/V

CARNIVAL TRIUMPH, IMO number 9138850, her engines, tackle, apparel,

boilers, equipment and appurtenances, etc. (the "TRIUMPH"), as the same are

proceeded against by Signal Ship Repairs, LLC ("Signal").

Carnival avers that at all material times it was and still is the owner of the

TRIUMPH and demands the right to defend this action on its behalf. Carnival

further avers that security in the form of a letter of undertaking dated April 29, 2013, has been given to Signal on behalf of the TRIUMPH in the maximum amount of $300,000.00 to prevent the arrest of the TRIUMPH or any other ship or property belonging to Carnival.

**WHEREFORE**, Carnival asserts its right as owner of the TRIUMPH and prays to defend the TRIUMPH accordingly, with full reservation of all rights and defenses.

Respectfully submitted,

**FOWLER RODRIGUEZ**

s/ A. T. Chenault
ANTONIO J. RODRIGUEZ (11375)
GEORGE J. FOWLER, III (05798)
A. T. CHENAULT (20747)
MICHAEL A. HAROWSKI (30543)
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone:  504-523-2600
Fax:  504-523-2705
E-mails:     ajr@frfirm.com
                  fow@frfirm.com
                  atc@frfirm.com
                  mharowski@frfirm.com
*Counsel for Carnival Corporation*

MARY CAMPBELL BROUGHTON (27867)
**FOWLER RODRIGUEZ**
P. O. Box 40008
Mobile, Alabama 36640
Telephone:  251-344-4721

Fax:  251-343-7503
E-mail:     mcb@frfirm.com
*Counsel for Carnival Corporation*

## CERTIFICATE OF SERVICE

I hereby certify, this 20th day of August, 2013, that I electronically filed the

foregoing document with the Clerk of Court using CM/ECF system, which will

send notification of such filing to all counsel on record.


s/A. T. Chenault

3