IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARNIVAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0314-CG-C |
| | ) | |
| BAE SYSTEMS SSY ALABAMA | ) | |
| PROPERTY HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SIGNAL SHIP REPAIR, LLC, | ) | |
| | ) | |
| Counter- and Cross-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CARNIVAL CORPORATION, BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, in personam, and M/V CARNIVAL TRIUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, in rem, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Counter- or Cross-Defendants. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| BERNADETTE W. JOHNSON, etc., et al., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0330-CG-C |
| | ) | |
| CARNIVAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the Motion to Dismiss (Doc. 67) filed by Carnival Corporation ("Carnival") in accordance with Judge Cassady's Order (Doc. 57) issued on September 6, 2013.

Upon due consideration, Carnival's motion is hereby **GRANTED.** Therefore, Bernadette W. Johnson and Jason Alexander Ewing are hereby **DISMISSED** as defendants from Carnival's declaratory judgment action, CA 13-0314-CG-C, without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 13th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE