IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARNIVAL CORPORATION,<br>    Plaintiff,<br>vs.<br>BAE SYSTEMS SSY ALABAMA<br>PROPERTY HOLDINGS, LLC, et al.,<br>    Defendants. | : : : : : : : : | CA 13-0314-CG-C |
| SIGNAL SHIP REPAIR, LLC,<br>    Counter- and Cross-Plaintiff,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>    Counter- or Cross-Defendants. | : : : : : : | |
| AND | : : | |
| BERNADETTE W. JOHNSON, etc.,<br>et al.,<br>    Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>    Defendants. | : : : : : : : | CA 13-0330-CG-C |
| UNITED STATES OF AMERICA,<br>    Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>    Defendants. | : : : : : : | CA 13-0472-CG-C |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Carnival Corporation, (hereinafter "Carnival"), who moves this Court to dismiss without prejudice the United States as a defendant in the declaratory judgment

portion of Carnival's complaint for damages and declaratory judgment, CA 13-0314-CG-C. The substance of Carnival's declaratory judgment action as it pertains to the United States will be addressed in the United States' related action, CA 13-0472-CG-C. With the consolidation of these actions, the United States is no longer necessary as a defendant in the declaratory judgment action.

Consequently, for these reasons and in accordance with this Court's Order dated September 26, 2013 (Document 70), Carnival moves to dismiss the United States as a defendant in Carnival's declaratory judgment action, CA 13-0314-CG-C, without prejudice.

>                    Respectfully submitted,
>
>                    /s/   Mary Campbell Broughton
>                    MARY CAMPBELL BROUGHTON (27867)
>                    **FOWLER RODRIGUEZ**
>                    P. O. Box 40008
>                    Mobile, Alabama 36640
>                    Telephone: 251-344-4721
>                    Fax: 251-343-7503
>                    E-mail:   mcb@frfirm.com
>                    *Counsel for Carnival Corporation*

ANTONIO J. RODRIGUEZ (11375)
GEORGE J. FOWLER, III (05798)
A. T. CHENAULT (20747)
MICHAEL A. HAROWSKI (30543)
**FOWLER RODRIGUEZ**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705
E-mails:   ajr@frfirm.com
           fow@frfirm.com
           atc@frfirm.com
           mharowski@frfirm.com
*Counsel for Carnival Corporation*

## CERTIFICATE OF SERVICE

I hereby certify, this 3rd day of October, 2013, that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

/s/ Mary Campbell Broughton