IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARNIVAL CORPORATION,<br>　　　Plaintiff,<br>vs.<br>BAE SYSTEMS SSY ALABAMA<br>PROPERTY HOLDINGS, LLC, et al.,<br>　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | CA 13-0314-CG-C |
| SIGNAL SHIP REPAIR, LLC,<br>　　　Counter- and Cross-Plaintiff,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>　　　Counter- or Cross-Defendants. | : <br> : <br> : <br> : <br> : <br> : | |
| AND | : <br> : | |
| BERNADETTE W. JOHNSON, etc.,<br>et al.,<br>　　　Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | CA 13-0330-CG-C |
| UNITED STATES OF AMERICA,<br>　　　Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br>　　　Defendants. | : <br> : <br> : <br> : <br> : | CA 13-0472-CG-C |

CARNIVAL'S MOTION
FOR LEAVE TO AMEND ITS COMPLAINT

Carnival respectfully requests leave to amend its complaint to name two additional BAE entities as defendants and to make other minor amendments

consistent with discovery completed to date. This motion is within the July 1, 2014, deadline for amending pleadings or joining parties set forth in the Court's scheduling order, but is opposed by the current BAE defendants. Doc. 76 at ¶ 4. Federal Rule of Civil Procedure 15(a)(2) provides that a court should freely grant leave to amend pleadings when justice so requires. Judicial economy and efficiency will best be served by permitting Carnival's claims against the two additional BAE entities in this proceeding rather than in a new, independent proceeding.

On June 13, 2013, Carnival sued two BAE entities, BAE Systems SSY Alabama Property Holdings, LLC ("BAE Property") and BAE Systems Southeast Shipyards, LLC ("BAE Shipyard"), to recover damages incurred by Carnival when the mooring bollards at the defendants' shipyard failed and caused the CARNIVAL TRIUMPH to break free from its moorings at Pier K. *See* Doc. 1. Carnival also sought to establish by declaratory judgment that BAE is liable for all damages, injuries, and death caused by BAE's bollard failures and subsequent breakaway, and that Carnival has no liability to any parties for losses, damages, or injuries allegedly sustained in connection the breakaway. *Id.* For purposes of discovery and pretrial management, the Court consolidated Carnival's case, CA 13-0314-CG-C, with the wrongful death and personal injury action filed by Bernadette W. Johnson and Jason Alexander, CA 13-0330-CG-C, and with the

property damage action filed by the United States, CA 13-00472-CG-C, both of which arise out of the same incident.

During the course of discovery, Carnival has been made aware of facts that implicate the liability of two additional BAE entities, BAE Systems Ship Repair, Inc. ("BAE Systems") and BAE Systems Southeast Shipyards AMHC, Inc., ("BAE AMHC").  BAE Systems and BAE AMHC are related to the two named BAE defendants.  BAE AMHC is the sole member of both BAE Property and BAE Shipyard, which are each single member LLCs.  BAE Systems is the owner of BAE AMHC, and thus is a parent company of BAE Property and BAE Shipyard.  As set forth in its amended complaint, Carnival asserts that BAE Systems and BAE AMHC requested and were made aware of the deteriorated and unsafe condition of the mooring bollards on Pier K and acted negligently in their response, or lack thereof, to that knowledge.

Trial of this case is not scheduled until December 2015.  With nearly a year and a half until trial, this matter will not be delayed and the parties will suffer no prejudice by this amendment.

Wherefore, Carnival prays that it be granted leave to file its amended complaint.

Respectfully submitted,

/s/ Michael A. Harowski
MARY CAMPBELL BROUGHTON (27867)
**FOWLER RODRIGUEZ**
P. O. Box 40008
Mobile, Alabama 36640
Telephone:  251-344-4721
Fax:  251-343-7503
E-mail:     mcb@frfirm.com
*Counsel for Carnival Corporation*


ANTONIO J. RODRIGUEZ (11375)
GEORGE J. FOWLER, III (05798)
A. T. CHENAULT (20747)
MICHAEL A. HAROWSKI (30543)
**FOWLER RODRIGUEZ**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone:  504-523-2600
Fax:  504-523-2705
E-mails:    ajr@frfirm.com
            fow@frfirm.com
            atc@frfirm.com
            mharowski@frfirm.com
*Counsel for Carnival Corporation*


## **CERTIFICATE OF SERVICE**

I hereby certify, this 1st day of July, 2014, that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel on record.

/s/Michael A. Harowski