**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CARNIVAL CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | |
| BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, et al., | : | |
| | : | |
| Defendants. | | CA 13-0314-CG-C |
| SIGNAL SHIP REPAIR, LLC, | : | |
| Counter- and Cross-Plaintiff, | : | |
| vs. | : | |
| CARNIVAL CORPORATION, BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, *in personam*, and M/V CARNIVAL TRIMUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, *in rem*, | : : : : | |
| Counter- or Cross-Defendants. | | |
| AND | | |
| BERNADETTE W. JOHNSON, etc., et al., | : | |
| Plaintiffs, | : | |
| vs. | : : | CA 13-0330-CG-C |
| CARNIVAL CORPORATION, et al., | : | |
| Defendants. | | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | :   CA 13-0472-CG-C |
| CARNIVAL CORPORATION; BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC; BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, *in personam*; and M/V CARNIVAL TRIMUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, *in rem*, | : : : : |
| Defendants. | |

## ORDER

It is apparent to the undersigned, based upon a review of the response of BAE Systems Southeast Shipyards Alabama, LLC to the duces tecum to the amended notice of deposition of Ian Graham (*see, e.g.,* Doc. 173, Exhibit 1),[1] that BAE Shipyards and BAE Property have reviewed documents which are the subject of plaintiffs' duces tecum requests (*see id.* at 2-8). Accordingly, the undersigned **ORDERS** BAE Shipyards and BAE Property to come to the hearing on September 22, 2014, with the following information at their disposal: (1) all non-objectionable documents responsive to Request 2 that the defendants indicated would be produced at Graham's deposition (*see, e.g.,* Doc. 173, Exhibit 1, at 4 ("Subject to and without waiver of the foregoing objections, to the extent there are non-objectionable, responsive documents, the same will be produced at the deposition.")); (2) a privilege log listing all privileged documents to which reference is made in BAE's responses (*see, e.g., id.* at 2, 3, 4, 5, 6 &

---

[1] Defendant BAE Systems SSY Alabama Property Holdings, LLC adopted this response as its own on September 8, 2014. (*See, e.g.,* Doc. 173, Exhibit 2.)

7) which the undersigned can review during the course of the hearing; and (3) with respect to those documents which the BAE defendants have already produced (*compare, e.g., id.* at 5, 7 & 8 ("Subject to and without waiver of the foregoing objections, see documents produced by BAE Shipyards as Rule 26 Initial Disclosures, and also documents produced by BAE Shipyards in response to Carnival Corporation's requests for production.") *with id.* at 6 ("Subject to and without waiver of the foregoing objections, see documents produced by BAE Shipyards in response to Carnival Corporation's requests for production.")), the BAE defendants are to identify the discovery numbers (i.e., whether Bates numbers or some other manner of numbering) attached to those documents.

**DONE** and **ORDERED** this the 16th day of September, 2014.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**