IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARNIVAL CORPORATION, | : | |
|     Plaintiff, | : | |
| vs. | : | CA 13-0314-CG-C |
| BAE SYSTEMS SSY ALABAMA | : | |
| PROPERTY HOLDINGS, LLC, et al., | : | |
|     Defendants. | : | |
| | : | |
| SIGNAL SHIP REPAIR, LLC, | : | |
|     Counter- and Cross-Plaintiff, | : | |
| vs. | : | |
| CARNIVAL CORPORATION, et al., | : | |
|     Counter- or Cross-Defendants. | : | |
| | : | |
| AND | : | |
| | : | |
| BERNADETTE W. JOHNSON, etc., | : | CA 13-0330-CG-C |
| et al., | : | |
|     Plaintiffs, | : | |
| vs. | : | |
| CARNIVAL CORPORATION, et al., | : | |
|     Defendants. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Plaintiffs, | : | |
| vs. | : | CA 13-0472-CG-C |
| CARNIVAL CORPORATION, et al., | : | |
|     Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
BAE PROPERTY AND BAE SHIPYARD TO PRODUCE DOCUMENTS**

      Carnival Corporation ("Carnival") hereby joins in Plaintiffs' Motion to Compel BAE Property and BAE Shipyard to produce documents, scheduled for hearing on September 22, 2014. Carnival adopts and incorporates by reference as

if fully set forth herein, the positions detailed in Plaintiffs' Motion, which clearly sets forth the reasons that the documents should be produced.

        Respectfully submitted,

        /s/   *Michael A. Harowski*
        MARY CAMPBELL BROUGHTON (27867)
        **FOWLER RODRIGUEZ**
        P. O. Box 40008
        Mobile, Alabama 36640
        Telephone:  251-344-4721
        Fax:  251-343-7503
        E-mail:     mcb@frfirm.com
        *Counsel for Carnival Corporation*

        ANTONIO J. RODRIGUEZ (11375)
        GEORGE J. FOWLER, III (05798)
        A. T. CHENAULT (20747)
        MICHAEL A. HAROWSKI (30543)
        **FOWLER RODRIGUEZ**
        400 Poydras Street, 30th Floor
        New Orleans, Louisiana 70130
        Telephone:  504-523-2600
        Fax:  504-523-2705
        E-mails:    ajr@frfirm.com
                    fow@frfirm.com
                    atc@frfirm.com
                    mharowski@frfirm.com
        *Counsel for Carnival Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify, this 16th day of September, 2014, that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

                                                    */s/ Michael A. Harowski*