**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CARNIVAL CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | |
| BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, et al., | : | |
| | : | |
| Defendants. | | CA 13-0314-CG-C |
| SIGNAL SHIP REPAIR, LLC, | : | |
| Counter- and Cross-Plaintiff, | : | |
| vs. | : | |
| CARNIVAL CORPORATION, BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, *in personam*, and M/V CARNIVAL TRIMUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, *in rem*, | : : : : | |
| Counter- or Cross-Defendants. | | |
| AND | | |
| BERNADETTE W. JOHNSON, etc., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | CA 13-0330-CG-C |
| CARNIVAL CORPORATION, et al., | : | |
| | : | |
| Defendants. | | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | :   CA 13-0472-CG-C |
| CARNIVAL CORPORATION; BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC; BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, *in personam*; and M/V CARNIVAL TRIMUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, *in rem*, | : : : : : |
| Defendants. | |

## ORDER

This cause is back before the undersigned on the joint motion for relief from court order filed by defendants BAE Systems Southeast Shipyards Alabama, LLC and BAE Systems SSY Alabama Property Holdings, LLC. (*See, e.g.,* Doc. 180 in CA 13-0314-CG-C.) That order, dated and entered on September 16, 2014 (*see* Doc. 178 in CA 13-0314-CG-C), instructed the BAE defendants to come to the hearing on September 22, 2014, with three items of information at their disposal (*see id.* at 2-3). The BAE defendants now request relief from the requirements that they produce "all non-objectionable documents responsive to Request 2" and "a privilege log listing all privileged documents to which reference is made in BAE's responses[.]" (*Compare* Doc. 180, at 2-7 *with* Doc. 178, at 2-4.)

The BAE defendants' joint motion for partial relief from court order (Doc. 180) is **GRANTED.** The BAE defendants are **NOW ORDERED** to appear at the September 22, 2014 hearing with "those non-objectionable documents that they have been able to

review and prepare for production, along with the portion of the privilege log which they are able to complete by September 22, 2014[.]" (Doc. 180, at 6.) Inasmuch as the BAE defendants have requested no other relief, they are to produce information which identifies the discovery numbers (i.e., whether Bates numbers or some other manner of numbering) attached to those documents which the BAE defendants have already produced.

One of the items that will be discussed at the hearing is how the BAE defendants have gone about identifying relevant documents. In addition, the parties need be prepared to discuss the establishment of a specific schedule for completion of production.

**DONE** and **ORDERED** this the 19th day of September, 2014.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**