IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARNIVAL CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0314-CG-C |
| BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, et al., | ) |
| Defendants. | ) |
| WORLD MARINE OF ALABAMA, LLC,[1] | ) |
| Counter- and Cross-Plaintiff, | ) |
| vs. | ) |
| CARNIVAL CORPORATION, BAE SYSTEMS SSY ALABAMA PROPERTY HOLDINGS, LLC, BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC, in personam, and M/V CARNIVAL TRIUMPH, her engines, tackle, gear, appurtenances, and all accessories thereto, in rem, | ) |
| Counter- or Cross-Defendants. | ) |

**ORDER**

This cause is before the court on the parties' Joint Motion to Dismiss Counterclaims and Cross-Claims of World Marine of Alabama, LLC (Doc. 327).

---

[1] By Order entered on January 13, 2016 (Doc. 319) World Marine of Alabama, LLC was substituted in place of Signal Ship Repair, LLC as counterclaimant and

cross-claimant in this case.

Upon due consideration, said motion is **GRANTED**, and it is hereby **ORDERED** that all Counterclaims of World Marine of Alabama, LLC against Carnival Corporation, and all Cross-Claims of World Marine of Alabama, LLC against BAE Systems SSY Alabama Property Holdings, LLC, BAE Systems Southeast Shipyards Alabama LLC, and the M/V CARNIVAL TRIUMPH are **DISMISSED with prejudice.**  Each party shall bear its own costs.

**DONE and ORDERED** this 17th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE